SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
JOSHUA CUEVAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>        Plaintiff,<br><br>  vs.<br><br>FIESTA INSURANCE FRANCHISE CORPORATION; LUCILA C. LOPEZ, AS TRUSTEE OF THE LOPEZ SURVIVING SPOUSE'S TRUST; and DOES 1 to 10,<br><br>        Defendants. | Case No.: **2:23-cv-09859 WLH (AGRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FIESTA INSURANCE FRANCHISE CORPORATION** |

**PLEASE TAKE NOTICE** that Plaintiff JOSHUA CUEVAS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant FIESTA INSURANCE FRANCHISE CORPORATION ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

(1)     *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  January 26, 2024             SO. CAL. EQUAL ACCESS GROUP


By:   ___/s/  *Jason J. Kim*_____

Jason J. Kim
Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**